```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1·29·25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :    22-CR-485(VB)
     -against-                         :
                                       :    ORDER
DAYSHAWN RIVERS                        :
                                       :
     Defendant                         :
                                       :
--------------------------------------X

Honorable Vincent L. Briccetti, United States District Judge:

It is hereby **ORDERED** that the home detention enforced by GPS monitoring condition be removed on February 3, 2025, prior to the defendant's voluntary surrender to the BOP.

Dated: ~~New York~~ White Plains, New York
       January 29, 2025

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge