UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA                    :

v.                                          :               **ORDER**

                                            :               22 CR 485–6 (VB)

DAYSHAWN RIVERS,                            :

                        Defendant.          :

---------------------------------------------------------------x

By Order dated January 20, 2026, the Court denied defendant Rivers's motion for a reduction of his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. #260). On January 20, after that Order was docketed, the Court received a new packet of materials from Rivers, all of which relate to Rivers's participation in rehabilitative programming.  (Doc. #261). The new materials are in addition to Rivers's previous submissions (Docs. ##252, 258, 259), all of which were carefully reviewed and considered by the Court prior to issuing the January 20 Order denying the motion.

The Court has now reviewed Rivers's new packet of materials received on January 20. (Doc. #261).  Nothing contained therein causes the Court to reconsider its decision denying the motion.  To be clear, the motion for a reduction of Rivers's term of imprisonment is DENIED.

Chambers will mail a copy of this Order to defendant at the following address:

Dayshawn Rivers, Reg No. 31659–510
FCI Allenwood Medium
Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887

Dated:  January 21, 2026
        White Plains, NY

                        SO ORDERED:


                        Vincent L. Briccetti
                        United States District Judge